**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:14-CR-19-JTM-PRC |
| ) | |
| HULIAN TERRELL, III, ) | |
| Defendant. ) | |

## **FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEAS OF GUILTY BY DEFENDANT HULIAN TERRELL, III**

TO:  THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT

Upon Defendant Hulian Terrell, III's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 31, 2014, with the consent of Defendant Hulian Terrell, III, counsel for Defendant Hulian Terrell, III, and counsel for the United States of America.

The hearing on Defendant Hulian Terrell, III's pleas of guilty were in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Hulian Terrell, III under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Hulian Terrell, III,

I FIND as follows:

(1) that Defendant Hulian Terrell, III understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Hulian Terrell, III understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Hulian Terrell, III understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Hulian Terrell, III understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Hulian Terrell, III have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Hulian Terrell, III is competent to plead guilty;

(6) that Defendant Hulian Terrell, III understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Hulian Terrell, III's pleas; and further,

I RECOMMEND that the Court accept Hulian Terrell, III's pleas of guilty to the offenses charged in Counts 1-10 of the Amended Felony Information and that Defendant Hulian Terrell, III be adjudged guilty of the offenses charged in Counts 1-10 of the Amended Felony Information and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Hulian Terrell, III adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 31st day of March, 2014.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody