UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14 CR 19 |
| | ) | |
| HULIAN TERRELL III | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 15), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offenses charged in Counts 1-10 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of those offenses. A sentencing date will be set under separate order.

                       **SO ORDERED.**

Date: June 16, 2014

                       s/James T. Moody
                       JUDGE JAMES T. MOODY
                       UNITED STATES DISTRICT COURT